Goodman Law PLLC
P.O. Box 90758
Phoenix, Arizona 85066
Telephone: (602) 476-1114
Facsimile: (602) 218-5024
Jeremy M. Goodman—025859
jeremy@goodmanlawpllc.com

Attorneys for HLS of Nevada, LLC dba Nevada West Financial

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Julio Cesar Lopez,<br><br>      Debtor. | Case Number: 4:18-bk-10197-BMW<br><br>(Chapter 7) |
| HLS of Nevada, LLC dba Nevada West Financial,<br><br>      Movant,<br><br>v.<br><br>Julio Cesar Lopez; Trudy A. Nowak, Chapter 7 Trustee,<br><br>      Respondents. | NOTICE OF FILING AND BAR DATE FOR OBJECTIONS TO MOTION FOR RELIEF FROM STAY REGARDING 2012 HONDA CIVIC<br><br>[Related to Docket Number 14] |

Notice is given that a Motion for Relief from Stay Regarding 2012 Honda Civic (the "Motion") was filed by HLS of Nevada, LLC dba Nevada West Financial (the "Movant"), a secured creditor and party in interest in the above-referenced case. Movant is requesting relief from the automatic stay to exercise its available rights and remedies including, without

1

limitation, foreclosing its lien on 2012 Honda Civic, Vehicle Identification Number 2HGFB2F93CH506624 (the "Property") owned by the Debtor Julio Cesar Lopez.

Copies of the Motion, this Notice and the proposed order granting relief from stay regarding 2012 Honda Civic were mailed to the parties listed on this Notice, copy of the Motion is on file in the office of the Clerk of the Bankruptcy Court, 230 North First Avenue, Suite 101, Phoenix, Arizona 85003-1706. Relief from the automatic stay may automatically be granted by the Court unless on or before fourteen (14) days after the date of this Notice, a written objection is filed with the United States Bankruptcy Court, and copies mailed to:

> Jeremy M. Goodman
> Goodman Law PLLC
> P.O. Box 90758
> Phoenix, AZ 85066
> jeremy@goodmanlawpllc.com

If a party in interest timely objects to the Motion and the relief sought therein and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. Only those objecting and parties-in-interest will receive notice of the hearing on the objection.

Dated: August 31, 2018.

                Goodman Law PLLC

                *By/s/    Jeremy M. Goodman—025859*
                    Jeremy M. Goodman
                    Attorneys for HLS of Nevada, LLC dba
                    Nevada West Financial

Original of the foregoing electronically filed on August 31, 2018, at:
https://ecf.azb.uscourts.gov

. . .

| | |
|---|---|
| 1 | Copies of the foregoing mailed and/or electronically mailed* on August 31, |
| 2 | 2018, to: |
| 3 | Julio Cesar Lopez<br>332 E. Kelso Street |
| 4 | Tucson, AZ  85705 |
| 5 | Matthew T. Foley*<br>Law Offices of Matthew Foley, PLC |
| 6 | 4400 E. Broadway, Suite 811<br>Tucson, AZ  85711 |
| 7 | Matt@FoleyPLC.com |
| 8 | Trudy A. Nowak*<br>2001 E. Campbell Avenue, Suite 201 |
| 9 | Phoenix, AZ  85016<br>trustee@tanowak.com |
| 10 | |
| 11 | PRA Receivables Management, LLC*<br>P.O. Box 41021<br>Norfolk, VA  23541 |
| 12 | claims@recoverycorp.com |
| 13 | Office of the U.S. Trustee*<br>230 N. First Avenue, Suite 204 |
| 14 | Phoenix, AZ 85003<br>ustpregion14.px.ecf@usdoj.gov |
| 15 | |
| 16 | /s/ *Amey Wheeler* |